GEORGE H. BRICK et al., Doing Business under the Firm Name of BRICK & BALLERSTEIN, Appellants, *v.* COHN-HALL-MARX COMPANY, Respondent.

Submitted July 23, 1940; decided July 24, 1940.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 99.)